**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00466-CV

## IN THE INTEREST OF J.W.C., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-21693-Z**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Lewis

Appellant's April 8, 2013 motion for rehearing is **DENIED**.


/s/    CAROLYN WRIGHT
CHIEF JUSTICE